1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Kermit Pereda-Rebollo

6

7

8                                   UNITED STATES DISTRICT COURT

9                                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   Case No. 08MJ1155-01
    )
12           Plaintiff,     )
    )
13 v.     )   **CERTIFICATE OF SERVICE**
    )
14 KERMIT PEREDA-REBOLLO,     )
    )
15           Defendant.     )
    )

16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18
                          U.S. Attorney CR
19                     Efile.dkt.gc2@usdoj.gov

20                          Respectfully submitted,

21

22 DATED:     April 18, 2008            /s/ Elizabeth M. Barros
                       **ELIZABETH M. BARROS**
23                        Federal Defenders of San Diego, Inc.
                       Attorneys for Kermit Pereda-Rebollo

24

25

26

27

28